**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT ZLAHN,

    Petitioner

v.

PAMELA BONDI, et al.,

    Respondents

Case No.: 2:26-cv-00183-APG-MDC

**Order**

I ORDER attorney Jason Carr to file an amended petition (or to indicate that an amended petition is unnecessary) by April 20, 2026.

I FURTHER ORDER the Respondents to file their answer to the amended petition within 14 days of service of the counseled amended petition, or within 14 days of the Petitioner's notice that an amended petition is unnecessary.  The Respondents must file with their answer any documents reference or relied upon in their responsive pleading.  The Petitioner will then have 7 days to file a reply.

DATED this 13th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE