HOFLAND & TOMSHECK
JASON F. CARR
Nevada State Bar No. 06587
228 S. 4th St., 1st Floor
Las Vegas, Nevada 89101
Phone: (702) 895-6760
Fax: (702) 731-6960
JasonC@Hoflandlaw.com

Attorney for Petitioner **Robert Zlahn**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ZLAHN,

              Petitioner,

     v.

STATE OF NEVADA,

              Respondents.

Case No. 2:26-CV-00183-APG-MDC

**ORDER GRANTING**

**PETITONER'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**
**(One Week Requested) (First Request)**

## POINTS AND AUTHORITIES

Immigration Petitioner, Robert Zlahn, by and through counsel of record, Jason F. Carr, CJA appointed, hereby files this request for an extension of time to file a Response to the government's Motion to Dismiss.  (*See* ECF No. 22.)

This Motion is unopposed.  The undersigned counsel contacted DOJ attorney Martin Mayer.  Counsel for the government does not object to this request for an extension of time.  Counsel for Zlahn appreciates the government's exercise of professional courtesy and confirms the government's lack of objection to this Motion does not waive any other of the government's procedural or substantive rights.

Counsel for Mr. Zlahn is appreciative that time is of the essence in this matter and intends to file the Response to the government's Motion to Dismiss as soon as possible.  Defense counsel is unable to file the Motion to Dismiss on the current due date of June 2, 2026, however, because of exigent circumstances in other matters that erupted on June 1 and 2, 2026.  This prevented counsel from concentrating on filing the Response in this matter.

Petitioner's need for an extension is also the product of the reality that this area of the law is novel for counsel which necessitates the devotion of more time to pleadings counsel files in this matter.

For these reasons, defense counsel respectfully requests a one-week extension of the deadline in this matter, recognizing that time is of the essence, to finalize Mr. Zlahn's Response to the State's Motion to Dismiss.

DATED this June 2, 2026.

Respectfully submitted,

*/s/ Jason F. Carr, Esq.*
JASON F. CARR, ESQ.
HOFLAND & TOMSHECK

3

**ORDER**

Based on the representations of counsel, and the lack of opposition from counsel for the government, it is hereby **ORDERED** that Petitioner Zlahn's request for an extension of time to file a Response to the government's Motion to Dismiss (ECF No. 22), is hereby **GRANTED** for good cause shown.

Petitioner Robert Zlahn shall file his Response to the government's Motion to Dismiss by **June 12, 2026.**

Dated this ___3rd___ Day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2:26-cv-00183-APG-MDC Zlahn v. Mattos et al

4