HOFLAND & TOMSHECK
JASON F. CARR
Nevada State Bar No. 06587
228 S. 4th St., 1st Floor
Las Vegas, Nevada 89101
Phone: (702) 895-6760
Fax: (702) 731-6960
JasonC@Hoflandlaw.com

Attorney for Petitioner **Robert Zlahn**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ZLAHN,

       Petitioner,

    v.

STATE OF NEVADA,

       Respondents.

Case No. 2:26-CV-00183-APG-MDC

**ORDER GRANTING**

**PETITIONER'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**
**(Four Days Requested) (Second Request)**

**POINTS AND AUTHORITIES**

Immigration Petitioner, Robert Zlahn, by and through counsel of record, Jason F. Carr, CJA appointed, hereby files this request for an extension of time to file a Response to the government's Motion to Dismiss.  (*See* ECF No. 22.)

This Motion is unopposed.  The undersigned counsel contacted DOJ attorney Martin Mayer.  Counsel for the government does not object to this request for an extension of time.  Counsel for Zlahn appreciates the government's exercise of professional courtesy and confirms the government's lack of objection to this Motion does not waive any other of the government's procedural or substantive rights.

Counsel for Mr. Zlahn is appreciative that time is of the essence in this matter and intends to file the Response to the government's Motion to Dismiss as soon as possible.   Defense counsel is unable to file the Motion to Dismiss on the current due date of June 12, 2026, due to complications in filing a complex appeal in *Sampson v. Beuregard*, CA No. 25-6686.  While the Opening Brief was due on June 10, 2026, counsel had to continue that brief for one-day due to complications in completing that brief caused by exigent circumstances including an unanticipated court appearance on the afternoon of June 10, 2026.

I will endeavor to file the Response on Monday, June 15, 2026, but am asking for a final deadline of June 16, 2026, to avoid any further need to file extension motions.

For these reasons, defense counsel respectfully requests a four-day extension of the deadline, recognizing that time is of the essence, to finalize Mr. Zlahn's Response to the State's Motion to Dismiss.

2

DATED this 12th Day of June, 2026.

Respectfully submitted,

*/s/ Jason F. Carr, Esq.*
JASON F. CARR, ESQ.
HOFLAND & TOMSHECK

**ORDER**

Based on the representations of counsel, and the lack of opposition from counsel for the government, it is hereby **ORDERED** that Petitioner Zlahn's request for an extension of time to file a Response to the government's Motion to Dismiss (ECF No. 22), is hereby **GRANTED** for good cause shown.

Petitioner Robert Zlahn shall file his Response to the government's Motion to Dismiss by **June 16, 2026.**

Dated this __15th__ Day of June, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

4